ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC CHING  6697
Assistant U. S. Attorney
ATTN: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850-6100
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 4 2006

at 10 o'clock and 10 min. A.M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00107-001 SOM |
|---|---|---|
| Plaintiff, | ) | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |
| v. | ) | |
| PAMATA TURNER, | ) | |
| Defendant. | ) | |
| WAL-MART STORES, INC., | ) | |
| Garnishee. | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a criminal case, entered against

the Defendant-Judgment Debtor PAMATA TURNER, social security number XXX-XX-7209, whose last known address is: 85-114 Ala Walua Street, Apt. F, Waianae, Hawaii 96792 (hereinafter "Debtor"), in the above cited action in the amount of $900.00 for a special assessment, and $9,446.35 for restitution.

There is a balance of $10,544.83 (principal and interest) that is due and owing as of March 14, 2006.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before March 14, 2006, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or authorized agent is:
    WAL-MART STORES, INC.
    Attn: Payroll Department
    P.O. Box 82
    Bentonville, AR 72712-0082

DATED:    March 23, 2006    , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
EDRIC CHING
Assistant U.S. Attorney

Attorneys for the Plaintiff

2