# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR NO. 04-00107SOM

CASE NAME:     USA vs. PAMATA TURNER, aka Mata Turner, aka Mata Tau

ATTYS FOR PLA:     Darren W.K. Ching for Elizabeth S. Josephson

ATTYS FOR DEFT:     Shanlyn A.S. Park for Donna Gray

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Sharon Ross |
| DATE: | 12/26/2006 | TIME: | 2:18-2:26 |

COURT ACTION: EP: Order to Show Cause as to Why Supervised Release Should Not Be Revoked - Defendant present in custody.

Defendant's Oral Motion to Continue OSC Granted.

Defendant's Brief is due 1/5/07.
Govt's Response is due 1/10/07.

Further Order to Show Cause as to Why Supervised Release Should Not Be Revoked set for 3:00 1/16/07, SOM.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager