AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

828805

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 04-00107SOM-01 |
| PAMATA TURNER,<br>aka Mata Turner and Mata Tau | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST PAMATA TURNER, aka Mata Turner and Mata Tau and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Violations of conditions of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2006

at 9 o'clock and 10 min A.M.
SUE BEITIA, CLERK

RECEIVED
DEC 20 AM 9:08
US MARSHAL SERVICE
HONOLULU, HI

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *signature* | December 19, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at  NO BAIL                    By: Susan Oki Mollway, United States District Judge

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| Date Received<br>12/20/06<br>Date of Arrest<br>12/21/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Tony Cole<br>DUSM | SIGNATURE OF ARRESTING OFFICER<br>Tony Cole |