# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/16/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 04-00107SOM

CASE NAME: USA vs. Pamata Turner

ATTYS FOR PLA: Elizabeth H. Josephson
Timothy Jenkins (USPO)

ATTYS FOR DEFT: Shanlyn Park

INTERPRETER:

JUDGE: Susan Oki Mollway          REPORTER: Debra Chun

DATE: 1/16/2007                   TIME: 3:00 - 3:25

COURT ACTION: EP: Further Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Pamata Turner present and in custody.

Arguments by the defense.

Defendant admits to violation no. 1; neither admits nor denies violation nos. 2 and 3; and denies violation nos. 4 and 5.

Government requests a continuance in order for USPO Frank Condello to be present - no objection by the defendant.

This hearing is continued to 1/19/07 @ 9:00 a.m.

Court finds that there is sufficient evidence to support violation no. 1 and the defendant has not met that condition of supervised release.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.