# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
1/19/2007  4:30 pm<br>
<br>
SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00107SOM |
| CASE NAME: | USA vs. Pamata Turner |
| ATTYS FOR PLA: | Elizabeth Josephson<br>Frank Condello (USPO) |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/19/2007 | TIME: | 9:00 - 10:10 |

COURT ACTION: EP: Further Order to Show Cause Why Supervised Release Should Not Be Revoked - (CONTESTED)

Defendant Pamata Turner present and in custody.

Government's Witness: Frank Condello (CST).

Defendant's Admitted Exhibit: 1 (letter from Hina Mauka dated 9/8/06).

Arguments.

Court previously found that there was sufficient evidence to support violation no. 1, which was admitted.

Court finds that there is sufficient evidence to support violations nos. 2, 3, 4 and 5 and the defendant has not met the conditions of supervised release.

Allocution by the defendant.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 9 Months as to each of Counts 28-36, all such terms to run concurrently.

Supervised Release: 27 Months as to each of Counts 28-36, all such terms to run concurrently.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant serve up to 6 months community confinement in a residential reentry center such as Mahoney Hale, following release from imprisonment as arranged by the Probation Office. While serving the term of community confinement, the defendant shall obtain employment and/or enroll in an educational program as approved and directed by the Probation Office.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

- That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That restitution of $9,446.35 is due immediately and payable in the indicated amounts to the following victims: Macy's $4,235.01; Monroe Bank and Trust $111.42; Discover Credit Card Services $606.77; Sears Mastercard Services $143.16; Sears $ 418.71; Navy Exchange (NEX) $1,057.07; Army-Air Force Exchange System (AAFES) $1,370.30; Hale Koa Exchange (HKEX) $300.00; Marine Corps Exchange (MCEX) $1,050.00;  Pizza Hut $53.91; Hickam Exchange (AFEX) $100.00, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release on supervision.

Defendant advised of her right to appeal.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.